[No. 1651-2.     Division Two.     May 13, 1975.]
THE STATE OF WASHINGTON, *Appellant*, v. EARSEL KILLEN, *Respondent.*

Appeal from a judgment of the Superior Court for Pacific County, No. C-1624, Robert A. Hannan, J., entered October 24, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 1197-3.     Division Three.     May 13, 1975.]
THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL THOMAS EDE, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 63052, John C. Tuttle, J., entered May 29, 1974. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 915-3.     Division Three.     May 13, 1975.]
MARY K. LEONG, *as Administratrix, Appellant*, v. CASCADE NATIONAL CHEMICALS, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Grant County, No. 21600, Felix Rea, J., entered June 29, 1973. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 2570-1.     Division One.     May 19, 1975.]
ANTHONY WALLULIS, *Appellant*, v. THE CITY OF SEATTLE *et al, Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 759905, Janice Niemi, J., entered November 29, 1973. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams, C.J., and Farris, J.

[No. 1456-2.     Division Two.     May 20, 1975.]
THE STATE OF WASHINGTON, *Respondent*, v. JAMES D. THOMPSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 44951, William L. Brown, Jr., J., entered April 24, 1974. *Affirmed* by unpublished opinion per Leahy, A.C.J. Pro Tem., concurred in by Johnson and Rummel, JJ. Pro Tem.